# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| RHONDA SWEAT, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-52 |
| | * | |
| v. | * | |
| | * | |
| NANCY A. BERRYHILL, Acting | * | |
| Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |

## ORDER

The undersigned has conducted an independent and *de novo* review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 18. The parties filed no Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **REVERSES AND REMANDS** the decision of the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of reversal and remand.

**SO ORDERED**, this 19 day of September, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)